*In re Det. of Spink,* No. 73082-2. Petition for review of a decision of the Court of Appeals, No. 26969-4-II, June 21, 2002, 112 Wn. App. 287. Petition *granted* and case *remanded* to the Court of Appeals September 30, 2003.

*State, Respondent, v. Gaddy, Petitioner,* No. 73719-3. Petition for review of a decision of the Court of Appeals, No. 48368-4-I, December 23, 2002, 114 Wn. App. 702. *Granted* September 30, 2003.

*Pinecrest Homeowners Ass'n, et al., Respondents, v. Glen A. Cloninger & Assocs., Petitioner,* No. 73729-1. Petition for review of a decision of the Court of Appeals, No. 20916-4-III, February 13, 2003, 115 Wn. App. 611. *Granted* September 30, 2003.

*Yousoufian, Petitioner, v. Sims, as Representative of Office of the King County Executive, et al., Respondents,* No. 73763-1. Petition for review of a decision of the Court of Appeals, No. 49701-4-I, January 6, 2003, 114 Wn. App. 836. *Granted* September 30, 2003.

*State, Respondent, v. Mullin-Coston, Petitioner,* No. 73765-7. Petition for review of a decision of the Court of Appeals, No. 49713-8-I, February 18, 2003, 115 Wn. App. 679. *Granted* September 30, 2003.